Filing # 117692360 E-Filed 12/04/2020 03:40:12 PM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA |
| SONYA BARNES, | CASE NO.: |
| Plaintiff, | |
| vs. | |
| WAL-MART STORES EAST LP, and BOGEY SAY, | |
| Defendants. _____/ | |

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, SONYA BARNES, by and through undersigned counsel, files this lawsuit against Defendants, WAL-MART STORES EAST LP, and BOGEY SAY, and alleges as follows:

1. This is an action for damages that exceeds the sum of $30,000.00 exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff is a resident and citizen of Orange County, Florida, is over the age of eighteen (18) years and is otherwise sui juris.

3. At all times material hereto, Defendant, WAL-MART STORES EAST LP., (referred

**EXHIBIT "A"**

to herein as "WALMART"), is a foreign corporation, duly authorized to do and doing business in the State of Florida.

4. At all times material hereto, Defendant, WALMART, owned, controlled, possessed, and maintained the WALMART store at 2500 S. Kirkman Rd. Orlando, FL.

5. At all times material hereto, Defendant, BOGEY SAY, was and is a resident of Orange County, Florida and is the general manager of the subject Walmart store, and had the responsibility to ensure that the Defendant's premises are maintained on a daily basis in a clean and safe manner.

6. At all times material hereto, Defendant, BOGEY SAY, was acting within the course and scope of her employment with WALMART as the general manager.

7. On or about April 1, 2020, the Defendant, WALMART's agents, employees or servants acted within the course and scope of their employment.

8. On or about April 1, 2020, Defendant, WALMART, by and through its agents, employees and/or servants, had exclusive dominion, possession and/or control of the premises.

9. On or about April 1, 2020, Plaintiff, SONYA BARNES, was rightfully on the premises as a business invitee.

## COUNT I
## NEGLIGENCE CLAIM AGAINST WALMART STORES EAST LP

The Plaintiff, SONYA BARNES, reavers and realleges paragraphs 1 – 9 and further alleges:

10. At all times material hereto, Defendant, WALMART, had a duty to use reasonable care to protect the Plaintiff, SONYA BARNES, from dangerous conditions existing on said premises of which they knew, or should have known.

11. On or about April 1, 2020, the Defendant, WALMART, and/or its employees, servants or agents, acting in the course and scope of their employment, were negligent in one or more of the following particulars:

(a) Creating and/or permitting a dangerous and unsafe condition, to-wit: allowing a liquid substance to exist on the aisle of its store;

(b) Failing to maintain the store floor free of a slippery substance;

(c) Otherwise, owning, maintaining, possessing, or controlling said floor in a dangerous, hazardous and unsafe condition;

(d) Failing to have proper procedures to identify such dangerous, hazardous and unsafe conditions;

(e) Failing to inspect the premises for hazardous conditions;

(f) Failing to adequately warn of said dangerous hazardous and unsafe conditions of the floor;

(g) Negligently failing to maintain or adequately maintain the premises/flooring, thus creating a slip hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

(h) Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting/maintaining the premises/flooring for dangerous conditions;

(i) Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous conditions;

(j) Negligently failing to follow its own corporate policy(ies) regarding the dangerous condition;

(k) Negligently failing to act reasonably under the circumstances;

(l) Negligently engaging in a mode of operations when Defendant knew, or should have known, that said mode of operations would result in dangerous conditions to the general public, including the Plaintiff herein

(m) Other negligent actions or omissions to be determined through discovery.

12. At all times material hereto, the Defendant, WALMART, knew or should have known of the existence of said dangerous, hazardous, or unsafe condition of said store floor.

13. As a proximate result of the negligence, the Plaintiff, SONYA BARNES, was injured when she slipped and fell on a spilled liquid substance that existed on the store floor.

14. Defendant is aware of the exact location of the incident within the WALMART store

and documented details regarding same in an incident report, with report number LO323324.

15. As a direct and proximate result of the aforementioned negligence of Defendant, WALMART, the Plaintiff, SONYA BARNES, was injured in and about her body and extremities, suffered pain and mental anguish therefrom, loss of capacity for the enjoyment of life, was required to and did receive medical care, treatment, and related expenses as a result of her injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or continuing in their nature, that his working ability was impaired and he suffered a resultant loss of earnings and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant, WALMART.

WHEREFORE, the Plaintiff, SONYA BARNES, demands judgment against the Defendant, WALMART, and a trial by jury of all issues triable in this cause.

### COUNT II
### NEGLIGENCE CLAIM AGAINST BOGEY SAY

The Plaintiff, SONYA BARNES, reavers and realleges paragraphs 1 – 9 and further alleges:

16. At all times material hereto, Defendant, BOGEY SAY, had a duty to use reasonable care to protect the Plaintiff, SONYA BARNES, from dangerous conditions existing on said premises of which he knew, or should have known.

17. The Defendant, BOGEY SAY, was at all times material hereto, the general manager of the subject Walmart, and was responsible for the maintenance of the store floors and aisles of the subject Walmart store.

18. The Defendant, BOGEY SAY, owed the Plaintiff, a duty of reasonable care to

prevent the accumulation and/or existence of a liquid substance on the floor of the store which she knew or should have known existed.

19. On or about April 1, 2020, the Defendant, BOGEY SAY, acting in the course and scope of her employment, was negligent in one or more of the following particulars:

a) Failing to prevent reasonably foreseeable injuries and creating a foreseeable risk of harm to customers by failing to repair or properly maintain the floor;

b) Failing to adequately warn Plaintiff of the dangerous condition that she knew, or should have known of;

c) Failing to adequately remedy the dangerous condition or otherwise remove it;

d) Failing to properly train her employees in adequately remedying issues with the premises/flooring near the entrance/exit of the store, and/or failing to properly supervise them in maintaining the same;

e) Failing to properly train her employees in adequately warning customers of the store's dangerous conditions, such as a liquid substance on the premises/flooring near the entrance/exit of the store, through the proper placement of warning signs, and/or failing to properly supervise them in maintaining the same;

f) Failing to alert WAL-MART STORES EAST, LP, of the dangerous condition, in order to request and authorize repairs or proper maintenance of the premises/flooring near the entrance/exit of the store; and

g) Other negligent actions or omissions to be determined through discovery.

20. At all times material hereto, the Defendant, BOGEY SAY, knew or should have known of the existence of said dangerous, hazardous, or unsafe condition of said store floor.

21.  As a proximate result of the negligence, the Plaintiff, SONYA BARNES, was injured when she slipped and fell on a liquid substance that existed on the floor.

22.  As a direct and proximate result of the aforementioned negligence of Defendant, BOGEY SAY, the Plaintiff, SONYA BARNES, was injured in and about her body and extremities, suffered pain and mental anguish therefrom, loss of capacity for the enjoyment of life, was required to and did receive medical care, treatment, and related expenses as a result of her injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or continuing in their nature, that his working ability was impaired and he suffered a resultant loss of earnings and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant, BOGEY SAY.

WHEREFORE, the Plaintiff, SONY BARNES, demands judgment against the Defendant, BOGEY SAY, and a trial by jury of all issues triable in this cause.

Dated this 4th day of December, 2020.

/s/ Gregorio A. Francis
**GREGORIO A. FRANCIS, ESQ.**
Florida Bar No.: 0008478
/s/ Ryan A. Fletcher
**RYAN A. FLETCHER, ESQ**.
Florida Bar No.: 106353
Osborne & Francis, PLLC.
805 S. Kirkman Road, Suite 205
Orlando, FL 32811
Telephone: (407) 655-3333
Facsimile: (407) 955-4865
Attorneys for Plaintiff
Primary:    gfrancis@realtoughlawyers.com
Secondary: rfletcher@realtoughlawyers.com
                  gowens@realtoughlawyers.com